# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| YONIEL CRUZ CABALLERO | CIVIL ACTION NO. 26-1265 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| ANGEL WOLFE, ET AL. | MAGISTRATE JUDGE McCLUSKY |

## JUDGMENT

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 11, the petitioner's Petition for Writ of Habeas Corpus and Reply, Record Documents 1 and 10, respondent's response to petition, Record Document 7, and written objections filed herein, Record Document 12, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the petition of Yoniel Cruz Caballero is **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 23rd day of June, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE